IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The United States of America, ) | Case No. 6:04-744-GRA |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | [Written Opinion] |
| Fausto Diaz Diaz, ) | |
| ) | |
| Defendant. ) | |

This matter is before this Court on the petition of Fausto Diaz Diaz, who has filed a *pro se* motion asking this court to amend his sentence. Defendant's motion was filed June 13, 2005.

Defendant brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a pro se litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

Defendant requests that his sentence be amended or clarified due to a miscommunication between the judiciary and the Bureau of Prisons. Due to the confusion, the Court hereby amends Defendant's judgment to state that Defendant's sentence commenced June 10, 2004.

IT IS THEREFORE ORDERED that Defendant's motion to correct or modify his sentence is GRANTED as clarified above.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
July 18, 2005

1